# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO A. CALLES, | NO. ED CV 12-1625 R (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RIVERSIDE COUNTY SUPERIOR COURT FOR THE STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 2, 2012.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE